UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE

|  |  |
|---|---|
| IN RE<br><br>BYRON NICHOLAS DIXON<br><br>    Debtor(s) | Chapter 13<br>Case NO. 25-11964-MMH |
| LAND HOME FINANCIAL SERVICES, INC.<br>1 Corporate Dr., Ste. 360<br>Lake Zurich, IL 60047<br><br>    Movant<br>v.<br><br>Byron Nicholas Dixon<br>3731 Sylvan Drive<br>Gwynn Oak, MD 21207<br><br>and<br><br>Tianna Sherrod-Dixon<br>3731 Sylvan Drvie<br>Gwynn Oak, MD 21207<br><br>    Respondent(s) | Motion No. |

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
23-000440-MD-B-12

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Land Home Financial Services Inc., its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

1. Jurisdiction is based on 11 U.S.C. Section 362(d)-(f) and 1301.

2. On or about March 7, 2025, Byron Nicholas Dixon ("Debtors") filed a Voluntary Petition in the Court under Chapter 13 of the Bankruptcy Code.

3. Brian A. Tucci is the Chapter 13 trustee of the Debtor's estate.

4. Tianna Sherrod-Dixon ("Co-Debtor") is a co-debtor on this Note.

5. At the time of the initiation of these proceedings, the Debtors owned a parcel of fee

simple real estate improved by a residence with a legal description of "All that lot of ground situate in the County of Baltimore, State of Maryland, and described as follows, that is to say:

Being known and designated as Lot No. 29 in Block K, as shown on the Plat of Section 2 of Lochearn, which Plat is recorded among the Plat Records of Baltimore County Maryland, in Book W.P.C. No. 8, folio 76. The improvements thereon being known as no. 3731 Sylvan Drive", also known as 3731 Sylvan Drive, Gwynn Oak, MD 21207 (hereinafter "the subject property").

6. The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase, order, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

7. Land Home Financial Services Inc. directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay. The promissory note has been duly endorsed.

8. The total amount due under the Deed of Trust securing the Movant as of September 10, 2025, not including attorney's fees and court costs, is approximately $251,480.44.

9. The Debtors are in default under the Deed of Trust, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

10. The Debtors have not made post-petition payments for the months of July 1, 2025 - September 1, 2025, and equity in the Debtor's residence is dissipating.

11. The Movant lacks adequate protection of its interest in the subject property.

12. The Movant has been and continues to be irreparably injured by the stay of Sections 362 and 1301 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

13. Cause exists for lifting the automatic stay imposed by Sections 362 and 1301 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

14. The subject property is not necessary for an effective reorganization.

WHEREFORE, the Movant, Land Home Financial Services Inc. its successors and/or assigns, respectfully requests that this Honorable Court.

1. Enter an order terminating the automatic stay imposed by Sections 362 and 1301 of the Bankruptcy Code to enable it to proceed with a foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements located at 3731 Sylvan Drive, Gwynn Oak, MD 21207; and

2. Grant such other and further relief as may be just and necessary.

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Brian A. Tucci, Trustee

Aryeh E. Stein, Esquire

I hereby further certify that on the 15th day of September, 2025, a copy of the foregoing Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:


Byron Nicholas Dixon
3731 Sylvan Drive
Gwynn Oak, MD 21207

Tianna Sherrod-Dixon
3731 Sylvan Drvie
Gwynn Oak, MD 21207

 /s/ Mark D. Meyer
Mark D. Meyer, Esq.