Entered: December 4th, 2025
Signed: December 3rd, 2025

**SO ORDERED**



*Michelle M. Harner*
**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE

|  |  |
|---|---|
| IN RE<br><br>BYRON NICHOLAS DIXON<br><br>    Debtor(s) | Chapter 13<br>Case NO. 25-11964-MMH |
| LAND HOME FINANCIAL SERVICES, INC.<br><br><br>    Movant<br>v.<br><br>Byron Nicholas Dixon<br>Tianna Sherrod-Dixon<br>3731 Sylvan Drvie<br>Gwynn Oak, MD 21207<br><br>    Respondent(s) | Motion No. |

### CONSENT ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay, the parties having reached an agreement, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland:

**ORDERED** that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C.

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
23-000440-MD-B-12

Page 1

Sections 362(d) and 1301, to permit Movant to commence foreclosure proceeding against the real property and improvements with a legal description of "All that lot of ground situate in the County of Baltimore, State of Maryland, and described as follows, that is to say:

Being known and designated as Lot No. 29 in Block K, as shown on the Plat of Section 2 of Lochearn, which Plat is recorded among the Plat Records of Baltimore County Maryland, in Book W.P.C. No. 8, folio 76. The improvements thereon being known as no. 3731 Sylvan Drive", also known as 3731 Sylvan Drive, Gwynn Oak, MD 21207 and to allow the successful purchaser to obtain possession of same; and be it further

**ORDERED** that the above Order be and it is hereby, stayed provided that the Debtor:

1.   Make a payment to the Movant of $1,718.13 (said payment represents the regular mortgage payment) by December 1, 2025 and continue thereafter to make regular monthly payments as they become due pursuant to the terms of the Promissory Note secured by the Deed of Trust on the above reference property; and

2.   Within 14 days of entry of this Order, file an amended/modified plan to include the post-petition arrears of $6703.39 which consists of 3 payments of 1,718.13 for September 1, 2025 - November 1, 2025 and attorney`s fees and costs of $1549.00. The movant shall file an amended proof of claim to include the above arrears; and

3.   All payments to the Movant should be made to:

Land Home Financial Services, Inc.
Bankruptcy Department
1 Corporate Dr
Suite 360
Lake Zurich, IL 60047

To the extent the Debtor defaults in making the above specified cure or regular payments then the Movant shall mail notice to the Debtor allowing an additional ten (10) days from the mailing of the notice to cure in certified funds and shall file an Affidavit of Default with the Court.  Attorney fees for filing each Affidavit of Default may be $100.00 with additional charges for objections and/or hearings.  If after ten (10) days from the mailing of the notice, the payment remains in arrears, Movant or its attorney shall be free to commence a foreclosure proceeding on the real property and improvements described above, without further order of court.

Upon the filing of the third such affidavit the Automatic Stay shall immediately terminate; and be it further

**ORDERED** that the fourteen (14) day stay of Rule 4001 (a)(3) be, and it is hereby, waived and the terms of this Order are immediately enforceable; and be it further

**ORDERED** that the Automatic Stay of 11 U.S.C Section 362 be, and it hereby, shall not be reimposed as to the Debtor`s interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

AGREED AND CONSENTED TO:

/s/ Mark D. Meyer                                    /s/ Aryeh E. Stein
Mark D. Meyer, Esq.                               Aryeh E. Stein, Esq.
Attorney for Movant                              Attorney for Debtor


cc.
Mark D. Meyer, Esq.
Rosenberg and Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Brian A. Tucci, Trustee
PO Box 1110
Millersville, MD 21108

Aryeh E. Stein
1212 Reisterstown Road
Baltimore, MD 21208

Byron Nicholas Dixon
3731 Sylvan Drive
Gwynn Oak, MD 21207



    I HEREBY CERTIFY that the terms of the copy of the consent order submitted of the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.


          /s/ Mark D. Meyer
          Mark D. Meyer, Esq. # 15070


**END OF ORDER**