**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| **BYRON DIXON,** | * | **Case No:  25-11964-MMH** |
| **Debtors.** | * | **(Chapter 13)** |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**MOTION TO MODIFY PLAN AFTER CONFIRMATION**

Byron Dixon, the debtor herein (the "Debtor") hereby files this *Motion to Modify Plan After Confirmation* (the "Motion") pursuant to 11 U.S.C. § 1329 and Local Rule 3015-4, and in support thereof states as follows:

**JURISDICTION AND VENUE**

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157.

**BACKGROUND**

2.      On March 7, 2025 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under Chapter 13 of the Bankruptcy Code, together with a Chapter 13 Plan (the "Plan").

3.      On October 20, 2025, the Debtor's plan, as amended, was confirmed by the Court (the "Plan").  The Plan provided for payments as follows:  lump sum of $1,200 as of August, 2025, followed by $400 for seven months, followed by payments of $800 for twelve months, followed by payments of $1,115 for thirty-six months resulting in the aggregate total of

Chapter 13 plan payments in the amount of $53,740.

4. On December 4, 2025, the Court entered a *Consent Order Modifying Automatic Stay* (the "Consent Order") whereby, *inter alia*, the Debtor agreed to modify his Plan to include treatment/payment of the Debtor's post-petition mortgage arrearages in the amount of $6,703.39.

### RELIEF REQUESTED

5. In addition to including treatment of post-petition mortgage arrearages, the proposed modified plan modifies the treatment of the three secured vehicle loans to have them paid through the plan. The Debtor believes that the proposed modified plan attached hereto presents a realistic payment schedule as follows: a lump sum of $1,600 through December, 2025, followed by monthly payments of $1,000 for twelve months, followed by monthly payments of $1,400 for twelve months, followed by monthly payments of $1,550 for twenty-seven months resulting in the aggregate total of Chapter 13 plan payments in the amount of $72,250 – an increase in the gross funding from that which was provided for in the confirmed Plan and includes payment of the post-petition arrears as required by the Consent Order.

6. A proposed modified Chapter 13 plan is attached hereto as Exhibit A.

WHEREFORE, the Debtor respectfully requests that this Court enter an order granting the Motion and granting such other and further relief as deemed appropriate under the circumstances.

Respectfully submitted,

/s/ Aryeh E. Stein
Aryeh E. Stein, Esquire
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
(443) 326-6011
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2025, a copy of the foregoing was served electronically to the following parties on the court's CM/ECF notice list:

Mark David Meyer - bankruptcy@rosenberg-assoc.com
Brian A. Tucci - ECF@ch13balt.com

and to the parties on the attached service list *via* first class mail, postage prepaid:

/s/ Aryeh E. Stein
Aryeh E. Stein

3

Assigned Credit Solutions
10000 Lincolnd Drive W
Suite 8
Marlton, NJ 08053


Balimore City Child Support
1 North Charles Street
Baltimore, MD 21201


Baltimore County Maryland
PO Box 2095
Baltimore, MD 21203


Baltimore County Maryland
Office of Finance
400 Washington Avenue
Room 150
Towson, MD 21204


Bay Country Finance
11815 Reisterstown Road
Reisterstown, MD 21136


BGE
PO Box 13070
Philadelphia, PA 19101


BGE
PO Box 1475 -  G&E bldg
Bankruptcy Department - 3rd Floor
Baltimore, MD 21203


California Vists Addiction Services
PO Box 714681
Cincinnati, OH 45271

CCS
Payment Processing Center
PO Box 55126
Boston, MA 02205


City Of Baltimore
PO Box 17535
Revenue Collections
Baltimore, MD 21297


Comptroller Of Maryland
110 Carroll Street
Revenue Administration Division
Annapolis, MD 21411


Credit Collection Service
725 Canton Street
Norwood, MA 02062


Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459


Credit Collection Services
PO Box 55126
Boston, MA 02205


Credit Control LLC
PO Box 546
Hazelwood, MO 63042


Credit Control LLC
3300 Rider Trail S
Suite 500
Earth City, MO 63045


Delaware Dept. of Transportation
PO Box 697
Dover, DE 19903

Delaware Dept. of Transportation
PO Box 4971
Trenton, NJ 08650


Dept of Education/Nelnet
3015 Parker Road, Suite 400
Aurora, CO 80014


Direct Loan SVC System
PO Box 5609
Greenville, TX 75403


Dovenmuehle Mortgage
1 Corporate Drive,  # 360
Lake Zurich, IL 60047


EHS, Inc.
7811 Montrose Rd
Suite 530
Potomac, MD 20854


Enerbank USA
650 S. Main Street
Suite 1000
Salt Lake City, UT 84101


Enhanced Recovery Corp.
PO Box 57547
Jacksonville, FL 32241


EyeMed Vision Care
4000 Luxottica Place
Mason, OH 45040


EZ Pass Maryland Service Center
PO Box 17600
Baltimore, MD 21297

FIRSt Federal Credit Control
225700 Science Park Drive
# 370
Beachwood, OH 44122


HUD
451 Seventh Avenue, SW
Washington, DC 20410


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7317
Philadelphia, PA 19101


ISN Corporation
2000 N Classen Boulevard
Suite 3200
Oklahoma City, OK 73106


Jefferson Capital
16 McLeland Road
Saint Cloud, MN 56303


Jefferson Capital
Dept. #6419
PO Box 11407
Birmingham, AL 35246


Land Home Financial Services Inc.
c/o: Rosenberg & Associates
4340 East West Highway
Suite 600
Bethesda, MD 20814


Latia C. Jones
827 Wynthrope Cove
Riverdale, GA 30274

Lifebridge Health
PO Box 69380
Baltimore, MD 21264


Linebarger, Googan Blair and Sampson
PO Box 702118
San Antonio, TX 78270


LJ Ross Associates
PO Box 6099
Jackson, MI 49204


M&T Bank
PO Box 1056
Buffalo, NY 14240


Main Street Pediatrics
515 Fairmont Avenue, Suite 200
Towson, MD 21286


Mariner Finance
8211 Town Center Drive
Nottingham, MD 21236


Maryland Transportation Authority
PO Box 12853
Philadelphia, PA 19176


Maryland Transportation Authority
PO Box 5060
Middle River, MD 21220-5060


MT Washington Physicians
PO Box 412041
Boston, MA 02241

Navient
PO Box 9655
Wilkes Barre, PA 18773


Navy FCU
820 Follin Avenue
Vienna, VA 22180


Navy Federal Credit Union
PO Box 3700
Merrifield, VA 22119


NCO Financial Services
PO Box 15636
Wilmington, DE 19850


NCO Financial Systems, Inc,
PO Box 15947
Wilmington, DE 19850


Nelnet
PO Box 82651
Lincoln, NE 68501


NelNet
PO Box 82561
Lincoln, NE 68501


NextCar of Catonsville
6500 Baltimore National Pike
Catonsville, MD 21228


NJ E-ZPass
PO Box 4971
Trenton, NJ 08650

Northwest Hospital
PO Box 418733
Boston, MA 02241


Patient First
PO Box 718941
Philadelphia, PA 19171


Penn Credit Corp
2800 Commerce Drive
Harrisburg, PA 17110


Point Breeze Credit Union
11104 McCormick Road
Hunt Valley, MD 21031


Prestige Financial
c/o: Marshall Horman, Esquire
124 N. COURT ST.
Frederick, MD 21701


Prestige Financial
1420 S. 500 W.
Salt Lake City, UT 84115


Progressive Financial Services
PO Box 22083
Tempe, AZ 85285


Quest Diagnostics
PO Box 740880
Cincinnati, OH 45274


Quest Diagnostics
PO Box 740795
Cincinnati, OH 45274

Radcare Of Maryland
PO Box 1505, Dept 4
Indianapolis, IN 46206


Randall Emergency Physicians
PO Box 13130
Philadelphia, PA 19101


Receivables Management
7206 Hull Street Road, Suite 211
Richmond, VA 23235


Receivables Management System
PO Box 73810
Richmond, VA 23235


Recover-ez LLC
9658 Baltimore Avenue, Suite 360
College Park, MD 20740


Rickart Collection Systems
575 Milltown Road
PO Box 7242
North Brunswick, NJ 08902


Saluja Med Assoc Reisterstown
6821 Reisterstown Road
Suite 106
Baltimore, MD 21215


Service Finance Company
555 S. Federal Highway
# 200
Boca Raton, FL 33432


Service Finance Company
PO Box 645581
Cincinnati, OH 45264

STATE OF MD CENTRAL COLLECTION UNIT
c/o: Ari Kodek, Esquire
300 W. Preston Street
Baltimore, MD 21201


T-Mobile
PO Box 37380
Albuquerque, NM 87176


The Centers for Advanced Orthopaeics
2700 Quarry Lake Drive
Suite 300
Baltimore, MD 21209


The Centers for Advanced Orthopaeics
1600 S Crain Highway
Suite 401
Glen Burnie, MD 21061


Transworld Sys Inc.
PO Box 15636
Wilmington, DE 19850


Transworld Systems
PO Box 15095
Wilmington, DE 19850


Travelers Personal Insurance
PO Box 660307
Dallas, TX 75266