UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE

| | |
|---|---|
| IN RE<br><br>BYRON NICHOLAS DIXON<br><br>    Debtor(s) | Chapter 13<br>Case NO. 25-11964-MMH |
| LAND HOME FINANCIAL SERVICES, INC.<br><br>    Movant<br>v.<br><br>Byron Nicholas Dixon<br>3731 Sylvan Drive<br>Gwynn Oak, MD 21207<br><br>and<br><br>Tianna Sherrod-Dixon<br>3731 Sylvan Drvie<br>Gwynn Oak, MD 21207<br><br>    Respondent(s) | Motion No. |

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
23-000440-MD-B-16

## NOTICE OF DEFAULT

Now comes Land Home Financial Services, Inc., the movant, and state as follows:

The Movant is the holder of the Deed of Trust on the real property and improvements with a legal description of "All that lot of ground situate in the County of Baltimore, State of Maryland, and described as follows, that is to say:

Being known and designated as Lot No. 29 in Block K, as shown on the Plat of Section 2 of Lochearn, which Plat is recorded among the Plat Records of Baltimore County Maryland, in Book W.P.C. No. 8, folio 76. The improvements thereon being known as no. 3731 Sylvan Drive
" also known as 3731 Sylvan Drive, Gwynn Oak, MD 21207.

1.      Pursuant to the terms of the Consent Order entered in the above reference matter, the Debtor was to make a payment of $1,718.13 (said payment represents the regular mortgage payment to the Movant on January 1, 2026 - March 1, 2026 and one payment of $1,735.87 for April 1, 2026.

2. The Debtor did not make the above referenced payments and is in default under the terms of the Consent Order.

3. Pursuant to the terms of the Consent Order, unless the Debtor cures this default within Ten (10) days from the mailing of this notice, in total by tendering the sum of $7,015.26 (includes 3 payments of $1,718.13 for 01/01/2026 - 03/01/2026, 1 payment of $1,735.87 for 04/01/2026, attorney`s fees of $125.00 and costs) in certified funds, the automatic stay shall be terminated, and the Movant shall be free to commence a foreclosure proceeding on the real property and improvements described in the Deed of Trust securing the Movant.

4. All payments to the Movant should be made to:

Land Home Financial Services, Inc.
Bankruptcy Department
1 Corporate Dr., Suite 360
Lake Zurich, IL 60047

Land Home Financial Services, Inc.

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Default will be served electronically by the Court's CM/ECF system on the following:

Brian A. Tucci, Trustee

Aryeh E. Stein, Esquire

I hereby further certify that on the 23rd day of April, 2026, a copy of the foregoing Notice of Default was also mailed first class mail, postage prepaid to:

Byron Nicholas Dixon
3731 Sylvan Drive
Gwynn Oak, MD 21207

Tianna Sherrod-Dixon
3731 Sylvan Drvie
Gwynn Oak, MD 21207

/s/ Mark D. Meyer
Mark D. Meyer, Esq.

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
23-000440-MD-B-16