UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore Division

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| | : | |
| Byron Nicholas Dixon | : | **Case No.** 25−11964 MMH |
| | : | |
| **Debtor.** | : | |
| | : | |

---------------------------------------------------------------:

### DECLARATION OF TIANNA SHERROD-DIXON IN SUPPORT OF MOTION TO VACATE ORDER GRANTING RELIEF FROM CO-DEBTOR STAY AND OBJECTION TO NOTICE OF DEFAULT

I, Tianna Sherrod-Dixon, declare and state under penalty of perjury as follows:

1.      I am of legal age and competent to testify.   I make this Declaration on my own personal knowledge.

2      I am the estranged spouse of the Debtor, Byron Nicholas Dixon.   I separated from Mr. Dixon on March 24, 2024, and have not lived with him, at 3731 Sylvan Drive, Gwynn Oak, MD 21207, or elsewhere, since that date.   Divorce cases were filed in Baltimore County Circuit Court on May 6, 2025, and March 23, 2026.

3.      I presently reside at 3448 Carriage Hill Circle, Apt. 103, Randallstown, MD 21133.   On September 15, 2025. I resided at that address, not at the Sylvan Drive address.

4.      I was not served with the Motion for Relief from Stay.   It appears from the docket that it was mailed to my name at the Sylvan Drive address, but it was not forwarded to me and I never received it.   I was unaware of the motion and the consent order until I received the Notice of Default from my divorce lawyer shortly after April 23, 2026, which was also mailed to the Sylvan Drive address..

5. There is significant equity in the property, of which I am a co-owner and as to which I am liable in rem but not in personam on the mortgage loan. The property is worth about $360,000 per Zillow, with which I agree, while the loan balance, per the Motion for Relief, is $251,480.44. If the property is foreclosed upon, I will likely lose my expected 50% share of that over $100,000 in equity.

6. I wish to have the order granting relief vacated and co-Debtor stay re-imposed to allow me to seek to sell the property. My husband has orally agreed to sell. We will seek bankruptcy court approval of any sale.

I declare under penalty of perjury that the contents of the foregoing paper are true.

Executed on May 1, 2026

_____
Tianna Sherrod-Dixon