**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore Division**

-------------------------------------------------------------X

In re:                            :       **Chapter 13**

                                  :

Byron Nicholas Dixon         :       **Case No.**  25−11964 MMH

                                  :

          **Debtor.**              :

                                  :

-------------------------------------------------------------:

## ORDER GRANTING MOTION TO VACATE ORDER GRANTING RELIEF FROM CO-DEBTOR STAY AND

Upon consideration of the Motion of the Co-Debtor, Tianna Sherrod-Dixon, for an Order

Vacating the Order Granting Relief from the Co-Debtor Stay, and any response thereto, it is

hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the Order granting relief from stay, and from the 11 U.S.C. §

1301 co-debtor stay [Doc. 31], is hereby VACATED as to the Co-Debtor, and the § 1301 Co-

Debtor stay shall remain in effect until further order of this Court, and that the Co-Debtor's

objection to the Notice of Default [Doc. 35] is hereby SUSTAINED.

--

Copies by CM/ECF to:
Counsel for Land Home
Counsel for Debtor
Trustee

END OF ORDER

--