**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **In re:** | * | |
| **Byron Dixon,** | * | **Case No:  25-11964** |
| | * | |
| **Debtor.** | | **Chapter 13** |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO DISMISS CHAPTER 13 CASE

Byron Dixon (the "Debtor"), by undersigned counsel, hereby files this *Motion to Dismiss Chapter 13 Case* (the "Motion").  In support of the Motion, the Debtor respectfully represents as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157.

2. The relief sought pursuant to this application is based upon sections 1307(b) of 11 U.S.C. § 101, et seq. (the "Bankruptcy Code").

### The Debtors and the Bankruptcy Proceeding

3. On March 7, 2025 (the "Petition Date"), the Debtor filed a voluntary petition in this Court for relief under Chapter 13 of the Bankruptcy Code.

### RELIEF REQUESTED

4. Pursuant to Section 1307(b) of the Bankruptcy Code, the Court shall dismiss a Chapter 13 case "on request of the debtor at any time." Section 1307(b).

5. In the instant case, the Debtor's financial situation has changed and the Debtor has determined that that the interests of all concerned are best served by dismissal of this case.

WHEREFORE, the Debtor requests that the Court:

(A)     Dismiss this Chapter 13 case; and

(B)     Grant such other and further relief as is just and appropriate under the

circumstances.

*/s/ Aryeh E. Stein*
Aryeh E. Stein, Fed. Bar No. 24559
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
Telephone: 443-326-6011
Facsimile: 410-782-3199
astein@meridianlawfirm.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2026, a copy of the foregoing pleading and form of proposed order was served electronically to the following parties on the Court's CM/ECF notice list and to the parties on the attached service list.

Mark David Meyer bankruptcy@rosenberg-assoc.com
Daniel M. Press dpress@chung-press.com
Brian A. Tucci ECF@ch13balt.com

/s/ Aryeh E. Stein
Aryeh E. Stein
