**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

**In re:**

|                        |     |                      |
|------------------------|-----|----------------------|
|                        | *   |                      |
| **BYRON DIXON,**       |     | **Case No. 25-11964**|
|                        | *   |                      |
| **Debtor**             |     | **(Chapter 13)**     |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER GRANTING MOTION TO DISMISS CHAPTER 13 CASE

On consideration of the *Motion to Dismiss Chapter 13 Case* (the "Motion") filed by

Byron Dixon for an order dismissing this Chapter 13 case; and for the reasons set forth in the

Motion it is

ORDERED that the above-captioned Chapter 13 case is hereby dismissed.

cc:

Aryeh E. Stein, Esquire
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208

END OF ORDER