Entered: June 18th, 2026
Signed: June 18th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:      Case No.: **25–11964 – MMH**      Chapter: **13**

**Byron Nicholas Dixon**
Debtor

## ORDER DISMISSING CASE ON REQUEST OF DEBTOR
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

The Debtor having requested dismissal of this Chapter 13 case, and the Court finding that the case has not been converted under § 706, § 1112, or § 1208 of the Bankruptcy Code and that the case may be dismissed under § 1307(b) of the Bankruptcy Code, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this case is dismissed; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first deduct and remit to the Clerk the amount of $0.00 for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor
      Attorney for Debtor – Aryeh E. Stein
      Case Trustee – Brian A. Tucci

### End of Order

Section 109(g)(2) is applicable, and the above–named Debtor may not file another bankruptcy petition for 180 days after the date this order is entered. By: EricaCumberland, Deputy Clerk

15x08 (rev. 01/26/2010) – EricaCumberland