Entered: June 18th, 2026
Signed: June 18th, 2026

**DENIED**

Moot. Case dismissed.



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore Division**

-------------------------------------------------------------X

In re:                                                 :    **Chapter 13**
                                          :

Byron Nicholas Dixon                     :    **Case No.**   25−11964 MMH
                                           :

        **Debtor.**                       :

-------------------------------------------------------------:

**ORDER GRANTING MOTION TO VACATE ORDER GRANTING RELIEF FROM**
**CO-DEBTOR STAY AND**

Upon consideration of the Motion of the Co-Debtor, Tianna Sherrod-Dixon, for an Order

Vacating the Order Granting Relief from the Co-Debtor Stay, and any response thereto, it is

hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the Order granting relief from stay, and from the 11 U.S.C. §

1301 co-debtor stay [Doc. 31], is hereby VACATED as to the Co-Debtor, and the § 1301 Co-

Debtor stay shall remain in effect until further order of this Court, and that the Co-Debtor's

objection to the Notice of Default [Doc. 35] is hereby SUSTAINED.

--

Copies by CM/ECF to:
Counsel for Land Home
Counsel for Debtor
Trustee

END OF ORDER



--