United States Bankruptcy Court

District of Maryland

In re:

Byron Nicholas Dixon

    Debtor

Case No. 25-11964-MMH

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 18, 2026 | Form ID: ntcdsm | Total Noticed: 89 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Byron Nicholas Dixon, 3731 Sylvan Drive, Gwynn Oak, MD 21207-6364 |
| other | + | Tianna Sherrod-Dixon, 3448 Carriage Hill Circle, Apt. 103, Randallstown, MD 21133-6017 |
| 32794166 | | Assigned Credit Solutions, 10000 Lincolnd Drive W, Suite 8, Marlton, NJ 08053 |
| 32794167 | + | Balimore City Child Support, 1 North Charles Street, Baltimore, MD 21201-3733 |
| 32794168 | + | Baltimore County Maryland, PO Box 2095, Baltimore, MD 21203-2095 |
| 32794170 | + | Bay Country Finance, 11815 Reisterstown Road, Reisterstown, MD 21136-3303 |
| 32794183 | + | Delaware Dept. of Transportation, PO Box 4971, Trenton, NJ 08650-4971 |
| 32794185 | + | Direct Loan SVC System, PO Box 5609, Greenville, TX 75403-5609 |
| 32794187 | + | EHS, Inc., 7811 Montrose Rd, Suite 530, Potomac, MD 20854-3344 |
| 32794192 | | FIRSt Federal Credit Control, 225700 Science Park Drive, # 370, Beachwood, OH 44122 |
| 32794241 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 32794200 | + | Lifebridge Health, PO Box 69380, Baltimore, MD 21264-9380 |
| 32794208 | + | MT Washington Physicians, PO Box 412041, Boston, MA 02241-2041 |
| 32794204 | + | Main Street Pediatrics, 515 Fairmont Avenue, Suite 200, Towson, MD 21286-8503 |
| 32794214 | + | Nelnet, PO Box 82651, Lincoln, NE 68501-2651 |
| 32794216 | + | NextCar of Catonsville, 6500 Baltimore National Pike, Catonsville, MD 21228-4200 |
| 32794218 | + | Northwest Hospital, PO Box 418733, Boston, MA 02241-8733 |
| 32794222 | + | Prestige Financial, c/o: Marshall Horman, Esquire, 124 N. COURT ST., Frederick, MD 21701-6614 |
| 32794226 | + | Progressive Insurance, 11350 McCormick Rd #500, Hunt Valley, MD 21031-1002 |
| 32794232 | | Randall Emergency Physicians, PO Box 13130, Philadelphia, PA 19101 |
| 32794237 | + | Saluja Med Assoc Reisterstown, 6821 Reisterstown Road, Suite 106, Baltimore, MD 21215-1434 |
| 32794239 | + | Service Finance Company, PO Box 645581, Cincinnati, OH 45264-5581 |
| 32794242 | + | The Centers for Advanced Orthopaeics, 2700 Quarry Lake Drive, Suite 300, Baltimore, MD 21209-3746 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: IRS.COM | Jun 18 2026 23:20:00 | Department of The Treasury Internal Revenue Servic, Small Business/Self-Employed Division, 75 Portsmouth Blvd, Box 9, c/o Pamela Maslanka, Portsmouth, NH 03801-3277 |
| 32794165 | + | Email/Text: bankruptcy@acima.com | Jun 18 2026 19:25:00 | Acima Financing, 13907 Minuteman Drive, 5th Floor, Draper, UT 84020-9869 |
| 32794169 | | Email/Text: RKULESZA@BALTIMORECOUNTYMD.GOV | Jun 18 2026 19:25:00 | Baltimore County Maryland, Office of Finance, 400 Washington Avenue, Room 150, Towson, MD 21204 |
| 32794172 | + | Email/Text: BGEBankruptcy@BGE.com | Jun 18 2026 19:25:00 | BGE, PO Box 1475 - G&E bldg, Bankruptcy Department - 3rd Floor, Baltimore, MD |

| | | | |
|---|---|---|---|
| | | | 21203-1475 |
| 32794171 | ^ | MEBN | |
| | | | Jun 18 2026 19:22:17 BGE, PO Box 13070, Philadelphia, PA 19101-3070 |
| 32794174 | + | EDI: CCS.COM | |
| | | | Jun 18 2026 23:20:00 CCS, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 32794176 | | Email/Text: Bankruptcymail@marylandtaxes.gov | |
| | | | Jun 18 2026 19:24:00 Comptroller Of Maryland, 110 Carroll Street, Revenue Administration Division, Annapolis, MD 21411 |
| 32903502 | | Email/Text: Bankruptcymail@marylandtaxes.gov | |
| | | | Jun 18 2026 19:24:00 Office of the Comptroller of Maryland, Bankruptcy Unit, 7 St. Paul Street - Suite 230, Baltimore, MD 21202 |
| 32794181 | | Email/Text: correspondence@credit-control.com | |
| | | | Jun 18 2026 19:25:00 Credit Control LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 32794180 | | Email/Text: correspondence@credit-control.com | |
| | | | Jun 18 2026 19:25:00 Credit Control LLC, PO Box 546, Hazelwood, MO 63042 |
| 32794175 | + | Email/Text: teresa.boone@baltimorecity.gov | |
| | | | Jun 18 2026 19:25:00 City Of Baltimore, PO Box 17535, Revenue Collections, Baltimore, MD 21297-1535 |
| 32794177 | + | EDI: CCS.COM | |
| | | | Jun 18 2026 23:20:00 Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 32794178 | + | EDI: CCS.COM | |
| | | | Jun 18 2026 23:20:00 Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 32794179 | + | EDI: CCS.COM | |
| | | | Jun 18 2026 23:20:00 Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |
| 32794186 | | Email/Text: BKCourtNotices@yourmortgageonline.com | |
| | | | Jun 18 2026 19:25:00 Dovenmuehle Mortgage, 1 Corporate Drive, # 360, Lake Zurich, IL 60047 |
| 32845216 | | Email/Text: BKCourtNotices@yourmortgageonline.com | |
| | | | Jun 18 2026 19:25:00 Land Home Financial Services, Inc., 1 Corporate Dr., Suite 360, Lake Zurich, IL 60047 |
| 32794182 | ^ | MEBN | |
| | | | Jun 18 2026 19:22:31 Delaware Dept. of Transportation, PO Box 697, Dover, DE 19903-0697 |
| 32794184 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | |
| | | | Jun 18 2026 19:25:00 Dept of Education/Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 32794188 | + | Email/Text: EB_Collectionsbk@Regions.com | |
| | | | Jun 18 2026 19:25:00 Enerbank USA, 650 S. Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 32794190 | + | Email/Text: bankruptcy@luxotticaretail.com | |
| | | | Jun 18 2026 19:24:00 EyeMed Vision Care, 4000 Luxottica Place, Mason, OH 45040-8114 |
| 32794193 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | |
| | | | Jun 18 2026 19:27:33 HUD, 451 Seventh Avenue, SW, Washington, DC 20410-0002 |
| 32794195 | ^ | MEBN | |
| | | | Jun 18 2026 19:22:44 ISN Corporation, 2000 N Classen Boulevard, Suite 3200, Oklahoma City, OK 73106-6034 |
| 32794241 | | EDI: JCTM | |
| | | | Jun 18 2026 23:20:00 T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 32794196 | | EDI: JEFFERSONCAP.COM | |
| | | | Jun 18 2026 23:20:00 Jefferson Capital, 16 McLeland Road, Saint Cloud, MN 56303 |
| 32839097 | | EDI: JEFFERSONCAP.COM | |
| | | | Jun 18 2026 23:20:00 Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32794197 | + | EDI: JEFFERSONCAP.COM | |
| | | | Jun 18 2026 23:20:00 Jefferson Capital, Dept. #6419, PO Box 11407, Birmingham, AL 35246-3035 |
| 32794202 | + | Email/Text: support@ljross.com | |
| | | | Jun 18 2026 19:25:00 LJ Ross Associates, PO Box 6099, Jackson, MI 49204-6099 |
| 32797225 | + | Email/Text: bankruptcy@rosenberg-assoc.com | |
| | | | Jun 18 2026 19:25:00 Land Home Financial, c/o Mark D. Meyer, Esq., 4340 East West Highway, Suite 600, Bethesda, |

District/off: 0416-1 | User: admin | Page 3 of 5
Date Rcvd: Jun 18, 2026 | Form ID: ntcdsm | Total Noticed: 89

| | | | |
|---|---|---|---|
| | | | MD 20814-4411 |
| 32794198 | + Email/Text: bankruptcy@rosenberg-assoc.com | Jun 18 2026 19:25:00 | Land Home Financial Services Inc., c/o: Rosenberg & Associates, 4340 East West Highway, Suite 600, Bethesda, MD 20814-4411 |
| 32794201 | + Email/Text: sacc1-docs@lgbs.com | Jun 18 2026 19:25:00 | Linebarger, Googan Blair and Sampson, PO Box 702118, San Antonio, TX 78270-2118 |
| 32794203 | Email/Text: camanagement@mtb.com | Jun 18 2026 19:25:00 | M&T Bank, PO Box 1056, Buffalo, NY 14240 |
| 32794191 | Email/Text: mdtaoag@mdta.state.md.us | Jun 18 2026 19:25:00 | EZ Pass Maryland Service Center, PO Box 17600, Baltimore, MD 21297 |
| 32794206 | Email/Text: mdtaoag@mdta.state.md.us | Jun 18 2026 19:25:00 | Maryland Transportation Authority, PO Box 12853, Philadelphia, PA 19176 |
| 32794205 | + Email/Text: bankruptcy@marinerfinance.com | Jun 18 2026 19:24:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 32794207 | ^ MEBN | Jun 18 2026 19:22:28 | Maryland Transportation Authority, PO Box 5060, Middle River, MD 21220-0060 |
| 32810154 | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 18 2026 19:27:53 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 32839856 | + EDI: NFCU.COM | Jun 18 2026 23:20:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 32794212 | + Email/Text: bankruptcydepartment@tsico.com | Jun 18 2026 19:25:00 | NCO Financial Services, PO Box 15636, Wilmington, DE 19850-5636 |
| 32794213 | + Email/Text: bankruptcydepartment@tsico.com | Jun 18 2026 19:25:00 | NCO Financial Systems, Inc,, PO Box 15947, Wilmington, DE 19850-5947 |
| 32794217 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 18 2026 19:24:00 | NJ E-ZPass, PO Box 4971, Trenton, NJ 08650 |
| 32803784 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 18 2026 19:24:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 32854181 | + Email/Text: ecfbankruptcy@progleasing.com | Jun 18 2026 19:25:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 32794209 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jun 18 2026 19:28:01 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 32794210 | + EDI: NFCU.COM | Jun 18 2026 23:20:00 | Navy FCU, 820 Follin Avenue, Vienna, VA 22180-4907 |
| 32794211 | + EDI: NFCU.COM | Jun 18 2026 23:20:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 32794220 | Email/Text: bankruptcies@penncredit.com | Jun 18 2026 19:25:00 | Penn Credit Corp, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 32794223 | Email/Text: bankruptcy@gopfs.com | Jun 18 2026 19:25:00 | Prestige Financial, 1420 S. 500 W., Salt Lake City, UT 84115 |
| 32794219 | ^ MEBN | Jun 18 2026 19:22:41 | Patient First, PO Box 718941, Philadelphia, PA 19171-8941 |
| 32809195 | + Email/Text: joey@rmscollect.com | Jun 18 2026 19:25:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 32794221 | + Email/Text: collections@pointbreezecu.com | Jun 18 2026 19:25:00 | Point Breeze Credit Union, 11104 McCormick Road, Hunt Valley, MD 21031-1404 |
| 32794224 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 18 2026 19:24:00 | Progressive Direct, Dept 0586, Carol Stream, IL 60132-0001 |
| 32794228 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 18 2026 19:24:00 | Progressive Insurance, 300 North Commons Blvd, Cleveland, OH 44143-1589 |
| 32794227 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jun 18 2026 19:24:00 | Progressive Insurance, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 32794229 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jun 18 2026 19:25:00 | Quest Diagnostics, PO Box 740880, Cincinnati, OH 45274-0880 |
| 32794230 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jun 18 2026 19:25:00 | Quest Diagnostics, PO Box 740795, Cincinnati, OH 45274-0795 |
| 32794236 | | Email/Text: pattim@rickart.com | Jun 18 2026 19:25:00 | Rickart Collection Systems, 575 Milltown Road, PO Box 7242, North Brunswick, NJ 08902 |
| 32794233 | + | Email/Text: joey@rmscollect.com | Jun 18 2026 19:25:00 | Receivables Management, 7206 Hull Street Road, Suite 211, Richmond, VA 23235-5826 |
| 32794234 | + | Email/Text: joey@rmscollect.com | Jun 18 2026 19:25:00 | Receivables Management System, PO Box 73810, Richmond, VA 23235-8047 |
| 32794240 | | Email/Text: ccubankruptcy.notices@maryland.gov | Jun 18 2026 19:24:00 | STATE OF MD CENTRAL COLLECTION UNIT, c/o: Ari Kodek, Esquire, 300 W. Preston Street, Baltimore, MD 21201 |
| 33022087 | | Email/Text: enotifications@santanderconsumerusa.com | Jun 18 2026 19:25:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 32794238 | + | Email/Text: servicing@svcfin.com | Jun 18 2026 19:25:00 | Service Finance Company, 555 S. Federal Highway, # 200, Boca Raton, FL 33432-6033 |
| 32839961 | | Email/Text: bankruptcy@bbandt.com | Jun 18 2026 19:25:00 | Service Finance Company, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 32794244 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 18 2026 19:25:00 | Transworld Sys Inc., PO Box 15636, Wilmington, DE 19850-5636 |
| 32794245 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 18 2026 19:25:00 | Transworld Systems, PO Box 15095, Wilmington, DE 19850-5095 |
| 32794246 | ^ | MEBN | Jun 18 2026 19:22:47 | Travelers Personal Insurance, PO Box 660307, Dallas, TX 75266-0307 |
| 32802769 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 18 2026 19:27:33 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 32873875 | | Email/Text: EDBKNotices@ecmc.org | Jun 18 2026 19:24:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 67

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32794164 | | Acima Credit LLC, INVALID ADDRESS PROVIDED |
| 32794173 | | California Vists Addiction Services, INVALID ADDRESS PROVIDED |
| 32794199 | | Latia C. Jones, INVALID ADDRESS PROVIDED |
| 32794225 | | Progressive Financial Services, INVALID ADDRESS PROVIDED |
| 32794235 | | Recover-ez LLC, INVALID ADDRESS PROVIDED |
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Land Home Financial Services, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| cr | *+ | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 32794194 | * | Department of Treasury - Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32794189 | ##+ | Enhanced Recovery Corp., PO Box 57547, Jacksonville, FL 32241-7547 |
| 32794231 | ##+ | Radcare Of Maryland, PO Box 1505, Dept 4, Indianapolis, IN 46206-1505 |
| 32794243 | ##+ | The Centers for Advanced Orthopaeics, 1600 S Crain Highway, Suite 401, Glen Burnie, MD 21061-6413 |

TOTAL: 5 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aryeh E. Stein | astein@meridianlawfirm.com  aryehsteinecf@gmail.com,steinar93219@notify.bestcase.com |
| Brian A. Tucci | ECF@ch13balt.com  btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **25–11964 – MMH**     Chapter: **13**

**Byron Nicholas Dixon**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case  was entered on 6/18/26.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 6/18/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410–962–4221

Form ntcdsm