United States Bankruptcy Court
District of Maryland

In re:                                                                                          Case No. 25-11964-MMH

Byron Nicholas Dixon                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                          User: admin                                Page 1 of 1
Date Rcvd: Jun 18, 2026                   Form ID: pdfdbtr                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +  Byron Nicholas Dixon, 3731 Sylvan Drive, Gwynn Oak, MD 21207-6364

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

**Name                          Email Address**

Aryeh E. Stein
                        astein@meridianlawfirm.com  aryehsteinecf@gmail.com,steinar93219@notify.bestcase.com

Brian A. Tucci
                        ECF@ch13balt.com  btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com

Daniel M. Press
                        dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email

Mark David Meyer
                        bankruptcy@rosenberg-assoc.com

TOTAL: 4

Entered: June 18th, 2026
Signed: June 18th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25–11964 – MMH**    Chapter: **13**

**Byron Nicholas Dixon**
Debtor

## ORDER DISMISSING CASE ON REQUEST OF DEBTOR
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

The Debtor having requested dismissal of this Chapter 13 case, and the Court finding that the case has not been converted under § 706, § 1112, or § 1208 of the Bankruptcy Code and that the case may be dismissed under § 1307(b) of the Bankruptcy Code, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this case is dismissed; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first deduct and remit to the Clerk the amount of $0.00 for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:    Debtor
       Attorney for Debtor – Aryeh E. Stein
       Case Trustee – Brian A. Tucci

### End of Order

Section 109(g)(2) is applicable, and the above–named Debtor may not file another bankruptcy petition for 180 days after the date this order is entered. By: EricaCumberland, Deputy Clerk

15x08 (rev. 01/26/2010) – EricaCumberland