United States Bankruptcy Court
District of Maryland

In re:                                                                                              Case No. 25-11964-MMH

Byron Nicholas Dixon                                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                              User: admin                                          Page 1 of 1

Date Rcvd: Jun 18, 2026                           Form ID: pdfparty                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

**Recip ID              Recipient Name and Address**
db                  + Byron Nicholas Dixon, 3731 Sylvan Drive, Gwynn Oak, MD 21207-6364

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                               Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

**Name                        Email Address**

Aryeh E. Stein
     astein@meridianlawfirm.com  aryehsteinecf@gmail.com,steinar93219@notify.bestcase.com

Brian A. Tucci
     ECF@ch13balt.com  btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com

Daniel M. Press
     dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email

Mark David Meyer
     bankruptcy@rosenberg-assoc.com

TOTAL: 4

Entered: June 18th, 2026
Signed: June 18th, 2026

**DENIED**

Moot. Case dismissed.



*Michelle M. Harner*
**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Baltimore Division**

-------------------------------------------------------X

**In re:**                                          :   **Chapter 13**
                                                    :
Byron Nicholas Dixon                                :   **Case No.** 25−11964 MMH
                                                    :
         **Debtor.**                                :
                                                    :
                                                    :
-----------------------------------------------------:

### ORDER GRANTING MOTION TO VACATE ORDER GRANTING RELIEF FROM CO-DEBTOR STAY AND

Upon consideration of the Motion of the Co-Debtor, Tianna Sherrod-Dixon, for an Order Vacating the Order Granting Relief from the Co-Debtor Stay, and any response thereto, it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the Order granting relief from stay, and from the 11 U.S.C. § 1301 co-debtor stay [Doc. 31], is hereby VACATED as to the Co-Debtor, and the § 1301 Co-Debtor stay shall remain in effect until further order of this Court, and that the Co-Debtor's objection to the Notice of Default [Doc. 35] is hereby SUSTAINED.

−−

Copies by CM/ECF to:
Counsel for Land Home
Counsel for Debtor
Trustee

END OF ORDER



DENIED

--