# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND
NORTHERN DIVISION

In re:  BYRON NICHOLAS DIXON                                                          Case No.:  25-11964-MMH

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Brian A. Tucci, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  03/07/2025.
2) The plan was confirmed on  10/20/2025.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was dismissed on  06/18/2026.
6) Number of months from filing or conversion to last payment:  14.
7) Number of months case was pending:  16.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  28,956.00.
10) Amount of unsecured claims discharged without full payment:  .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $6,035.83 |
| Less amount refunded to debtor: | $.00 |

**NET RECEIPTS:**                                                                  $6,035.83

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $5,468.46 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $567.37 |
| Other: | $.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                                   $6,035.83

Attorney fees paid and disclosed by debtor:          $400.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ASSIGNED CREDIT SOLUTIONS | Unsecured | 494.00 | NA | NA | .00 | .00 |
| BALTIMORE CNTY PHOTO ENFORECEM | Unsecured | 75.00 | NA | NA | .00 | .00 |
| BAY COUNTRY OWINGS MILLS LLC | Unsecured | 7,000.00 | NA | NA | .00 | .00 |
| BGE | Unsecured | 2,025.00 | 2,226.70 | 2,226.70 | .00 | .00 |
| CA VISITS ADDICTION SERVICES | Unsecured | 6,500.00 | NA | NA | .00 | .00 |
| CCS | Unsecured | 553.00 | NA | NA | .00 | .00 |
| COMPTROLLER OF MARYLAND | Priority | 3,813.00 | 3,813.00 | 3,813.00 | .00 | .00 |
| COMPTROLLER OF MARYLAND | Unsecured | NA | 272.00 | 272.00 | .00 | .00 |
| CREDIT CONTROL LLC | Unsecured | 419.00 | NA | NA | .00 | .00 |
| ENERBANK USA | Unsecured | NA | 13,164.52 | 13,164.52 | .00 | .00 |
| ENHANCED RECOVERY | Unsecured | 199.00 | NA | NA | .00 | .00 |
| EYE MED | Unsecured | 118.40 | NA | NA | .00 | .00 |
| EZ PASS | Unsecured | 204.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND
NORTHERN DIVISION

In re:  BYRON NICHOLAS DIXON                                      Case No.:  25-11964-MMH

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Priority | 15,730.00 | 15,729.78 | 15,729.78 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 15,585.23 | 15,585.23 | .00 | .00 |
| LAND HOME FINANCIAL SERVICES INC | Secured | 21,530.00 | 21,530.15 | 21,530.15 | .00 | .00 |
| LAND HOME FINANCIAL SERVICES INC | Secured | NA | 6,703.39 | 6,703.39 | .00 | .00 |
| LATIA C JONES | Priority | 1,615.00 | NA | NA | .00 | .00 |
| LINEBERGER BLAIR & SAMPSON LLP | Unsecured | 183.00 | NA | NA | .00 | .00 |
| MAIN STREET PEDIATRICS LLC | Unsecured | 2,160.00 | NA | NA | .00 | .00 |
| MARINER FINANCE LLC | Unsecured | 2,227.00 | NA | NA | .00 | .00 |
| MD CCU | Unsecured | 872.00 | NA | NA | .00 | .00 |
| MT WASHINGTON PEYSICIANS | Unsecured | 30.00 | NA | NA | .00 | .00 |
| NAVIENT CFC | Unsecured | 4,272.00 | 4,582.67 | 4,582.67 | .00 | .00 |
| NAVY FEDERAL CREDIT UNION | Secured | 8,493.00 | 8,344.25 | 8,344.25 | .00 | .00 |
| NAVY FEDERAL CREDIT UNION | Secured | NA | 9,855.13 | 9,855.13 | .00 | .00 |
| NEW JERSEY TURNPIKE AUTHORITY | Unsecured | 786.24 | 229.65 | 229.65 | .00 | .00 |
| NEXTCAR OF CATONSVILLE | Unsecured | 10,000.00 | NA | NA | .00 | .00 |
| NPRTO NORTH-EAST, LLC | Unsecured | 663.00 | 1,919.04 | 1,919.04 | .00 | .00 |
| PATIENT FIRST | Unsecured | 313.00 | 325.80 | 325.80 | .00 | .00 |
| PENNCREDIT | Unsecured | 102.00 | NA | NA | .00 | .00 |
| POINT BREEZE CREDIT UNION | Secured | 4,737.00 | 4,607.32 | 4,607.32 | .00 | .00 |
| PRESTIGE | Unsecured | 18,262.00 | NA | NA | .00 | .00 |
| PROGRESSIVE | Unsecured | 1,600.00 | NA | NA | .00 | .00 |
| RADCARE OF MARYLAND | Unsecured | 71.00 | NA | NA | .00 | .00 |
| RANDALL EMERGENCY  PHYSICIANS | Unsecured | 334.80 | NA | NA | .00 | .00 |
| RECOVER-EZ LLC | Unsecured | 1,257.00 | NA | NA | .00 | .00 |
| SALUJA MEDICAL SERVICES | Unsecured | 62.00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER USA | Unsecured | 9,990.00 | 9,990.33 | 9,990.33 | .00 | .00 |
| SERVICE FINANCE COMPANY | Secured | 10,000.00 | 9,019.82 | 9,019.82 | .00 | .00 |
| TRAVELERS PERSONAL INSURANCE | Unsecured | 1,734.00 | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 21,258.00 | 27,475.84 | 27,475.84 | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND
NORTHERN DIVISION

In re:  BYRON NICHOLAS DIXON                                                                 Case No.:  25-11964-MMH

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US DEPT OF HOUSING & URBAN DEVEL | Secured | 47,068.00 | 47,069.00 | 47,069.00 | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 47,069.00 | .00 | .00 |
| Mortgage Arrearage: | 21,530.15 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 38,529.91 | .00 | .00 |
| **TOTAL SECURED:** | 107,129.06 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 19,542.78 | .00 | .00 |
| **TOTAL PRIORITY:** | 19,542.78 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 75,771.78 | .00 | .00 |

| **Disbursements:** | |
|---|---|
| Expenses of Administration: | $6,035.83 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $6,035.83 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  07/15/2026          By:  /s/Brian A. Tucci
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)